UNITED STATES OF AMERICA v. ROBIN SNIPES PERRY
CASE NO.: 1:10CR32-1



ANSWER OF THE GARNISHEE

Pat Johnson , DECLARING UNDER PENALTY OF
(Declarant)
PERJURY THAT THE INFORMATION GIVEN BELOW IS TRUE AND CORRECT,

SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a partner of _____

organized under the laws of the State of _____.


IF GARNISHEE IS A CORPORATION:

That he/she is the (Official Title) DS I&S / Reg Sec II

of Garnishee, Branch Banking + Trust , a corporation,

organized under the laws of the State of North Carolina .


On July 21 , 2011, Garnishee was served with the

Writ of Continuing Garnishment in the above-named action.

**YOU ARE REQUIRED BY THE WRIT TO WITHHOLD AND RETAIN THAT PROPERTY DESCRIBED IN THE WRIT OF CONTINUING GARNISHMENT.**

1. Does the Garnishee have custody, control or possession of property of the debtor?

Yes _____  No __✓__

If you answer "Yes," describe below:

<u>Property</u>         <u>Value</u>

2. Does the Garnishee anticipate custody, control or possession of other property of the debtor in the future?

Yes _____  No __✓__

If you answer "Yes," describe below:

<u>Property</u>         <u>Value</u>         <u>Estimate date or Period Due</u>

1. _____  _____  _____
2. _____  _____  _____
3. _____  _____  _____
4. _____  _____  _____

3. Have there been previous garnishments in effect?

11

Yes _____  No ✓

If the answer is yes, describe below.

_____

_____

4. Does the Garnishee have custody, control or possession of any property in which the Debtor maintains an interest?

Yes _____  No ✓

If you answer "Yes," describe the property below:

| Description of Property | Approximate Value | Description of Debtor's interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

If you have property in which the Defendant Debtor has an interest, but deny that the property is subject to the Writ of Continuing Garnishment, state the basis for the exemption or reason for the denial or any other objection to the writ:

12

_no accts found on file_

The Garnishee must mail a copy of this answer by first-class mail to (1) the Debtor, at the Debtor's address setforth hereinabove and (2) the Attorney for the United States, Financial Litigation Unit, Post Office Box 1858, Greensboro, North Carolina 27402.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on _7-21-11_
Date

_Pat Inman_
(Declarant)

_910-272-4247_
(Telephone Number)

BRANCH BANKING & TRUST
DEPOSIT COMPLIANCE
PO BOX 1489
LUMBERTON, NC 28359

**THE ORIGINAL OF THIS ANSWER MUST BE MAILED TO THE CLERK OF THE UNITED STATES DISTRICT COURT, P.O. Box 2708, 324 West Market Street, 4th Floor, Greensboro, NC 27402 and a copy to the UNITED STATES ATTORNEY'S OFFICE, Attn: Financial Litigation Unit, Post Office Box 1858, Greensboro, NC 27402.**

13